UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SUSAN M. KRACKE, as Personal )
Representative of the ESTATE OF )
RONALD D. KRACKE, Deceased )
)
        Plaintiff, ) CAUSE NO. 1:06-cv-1378-JDT-WTL
)
vs. )
)
UNITED STATES OF AMERICA, )
        Defendant. )

## COMPLAINT

Now comes the Plaintiff, Susan M. Kracke, as personal representative of the Estate of Ronald D. Kracke, by counsel, and for her cause of action against the Defendant alleges and states as follows:

### General Allegations

1. The Plaintiff, Susan M. Kracke is the personal representative of the Estate of Ronald D. Kracke, deceased, having been duly appointed by the Probate Court of Madison County, Indiana and is a resident and citizen of the State of Indiana.

2. At all times relevant herein, Susan M. Kracke and Ronald D. Kracke resided together as husband and wife at 9642 South 50 West, Pendleton, County of Madison, State of Indiana, with their children, Eric William Kracke and Alyson Susan Kracke.

3. The Defendant United States of America is the duly constituted and sovereign government of the United States of America. The Federal Aviation Administration (FAA) is a civilian agency of the United States government, and

1

the FAA was acting on behalf of Defendant United States at all times relevant to this Complaint. Service may be perfected upon Defendant United States pursuant to Fed. R. Civ. P. Rule 4(I).

4. On April 5, 2006, the Plaintiff filed a Federal Tort Claims Act Form 95 notice with the FAA. The FAA denied Plaintiffs' claims for compensation in a letter dated April 26, 2006. The Plaintiff is thus permitted under 28 USCS § 2675 to bring this action against the United States in this Federal District Court pursuant to the original jurisdiction conferred by 28 U.S.C. § § 1346(b), 2671, and 1402(b).

5. On October 29, 2004, at approximately 8:40 p.m. (CDT), Ronald D. Kracke was a passenger in a Beech Bonanza A36, N55448, on a flight from Bob Wiley Field (SFD), near Winner, South Dakota to Anderson Municipal Airport - Darlington Field (AID), near Anderson, Indiana.

6. N55448, with William Shearer as pilot in command, departed Bob Wiley Field on October 29, 2004 at approximately 6:00 p.m. (CDT).

7. Upon departure from Bob Wiley Field, N55448 was on an IFR flight plan under the control and guidance of the Air Route Traffic Control Center (ARTCC), a Division of the Federal Aviation Administration.

8. After departure, N55448 was under the control and guidance of Minneapolis ARTCC and proceeding direct to AID when, at approximately 7:00 p.m. (CDT), Minneapolis ARTCC advised that a line of thunderstorms extended to the east of N55448 and that N55448 would encounter that line of storms if it continued to proceed direct to AID.

2

9. Shortly after 7:00 p.m. (CDT), Minneapolis ARTCC suggested that N55448 deviate from its path, and N55448, under the control and guidance of Minneapolis ARTCC proceeded in a southerly direction to circumnavigate the line of thunderstorms.

10. At approximately 7:53 p.m., Minneapolis ARTCC contacted Kansas City ARTCC to discuss how much farther south N55448 must travel to circumnavigate the line of thunderstorms before proceeding eastward. In response, Kansas City ARTCC indicated that N55448 would need to proceed south until it was at least abeam of Kansas City before turning east to circumnavigate the line of storms.

11. After obtaining information from Kansas City ARTCC about the line of thunderstorms, Minneapolis ARTCC passed on that information to N55448 and then cleared N55448 to continue to head south direct to Kansas City before N55448 would be turned east to head to Anderson, Indiana.

12. N55448 entered Kansas City ARTCC airspace and established communications, reporting in level at 7,000 feet at approximately 7:57 p.m. (CDT).

13. At approximately 8:04 p.m. (CDT), under the control and guidance of Kansas City ARTCC, N55448 was told by Kansas City ARTCC that a southeast heading direct to Braymer VOR was advised to "take you through holes in the weather."

14. At approximately 8:09 p.m. (CDT), Kansas City ARTCC advised N55448 that turning to the east prior to reaching Braymer VOR would be a better course, with the line of thunderstorms about fifty miles to the east.

15. N55448 responded to Kansas City ARTCC's advice that he had a stormscope and that it appeared that turning to the east would "be OK right now". N55448 complied with the advice of Kansas City ARTCC and turned to the east at approximately 8:10 p.m. (CDT).

16. At approximately 8:26 p.m. (CDT), Kansas City ARTCC told N55448 to change to a different Kansas City ARTCC frequency.

17. At approximately 8:27 p.m. (CDT), N55448 checked in on the new Kansas City ARTCC frequency in which the only communication was concerning the current altimeter setting.

18. At approximately 8:27 p.m. (CDT), there was level three to level four thunderstorm activity approximately twenty miles due east and directly in the path of N55448.

19. At approximately 8:27 p.m. (CDT) Kansas City ARTCC had weather radar depicting the thunderstorm activity in N55448's path, and yet offered no communications to N55448.

20. At approximately 8:36 p.m. (CDT), Kansas City ARTCC indicated that it had lost radar contact with N55448 due to N55448's radar image being obscured by the thunderstorm activity.

21. Kansas City ARTCC repeatedly tried to establish communications with N55448 to no avail, as N55448's last radar return occurred at 8:34 p.m. (CDT).

22. At approximately 8:40 p.m. (CDT) on October 29, 2004, N55448 crashed near Downing, Missouri, killing all on board including passenger Ronald D. Kracke.

23. After radar contact with N55448 was lost, through a conversation with another Kansas City ARTCC controller from a different sector, the Kansas City ARTCC controller who had last communicated with N55448 indicated that he had seen N55448 go into the weather and "thought he made it."

24. The Kansas City ARTCC controllers' whose conduct is at issue were physically located in Olathe, Kansas on October 29, 2004 at the times they were communicating with N55448.

25. N55448's flight into the thunderstorm near Downing, Missouri was a proximate cause of the aircraft's crash and the subsequent deaths of all on board, including Ronald D. Kracke.

## COUNT I - ARTCC'S NEGLIGENCE

26. The Plaintiff reasserts, realleges and incorporates paragraphs one (1) through twenty-five (25) by reference herein.

27. U.S. Department of Transportation Order 7110.65 prescribes air traffic control procedures and phraseology for use by persons providing air traffic control services and requires air traffic controllers to be familiar with and follow the procedures established by 7110.65.

5

28. ARTCC's provision of additional services, including but not limited to weather avoidance, is not optional on the part of the controller, but rather is required when the work situation permits.

29. Kansas City ARTCC, though the actions of its air traffic controllers, owed all on board N55448, including Ronald D. Kracke, a duty to exercise reasonable care in the control and guidance of the October 29, 2004 flight, and a duty to adhere to the procedures described in Order 7110.65.

30. On October 29, 2004 Kansas City ARTCC was negligent by reason of one or more of the following acts or omissions:

    a. Failed to issue pertinent information to N55448 on observed weather or chaff areas, including but not limited to, the echo intensity of the weather, and a definition of the area the thunderstorm activity covered;

    b. Turned N55448 east toward an observed line of thunderstorms and then failed to provide radar navigational guidance around the observed thunderstorm activity;

    c. In handing off N5548 to a different Kansas City ARTCC controller, the previous controller, who had issued multiple alterations in N55448's flight path guiding N55448 around weather, failed to advise the receiving controller of this pertinent information concerning the navigation guidance provided to N55448 regarding the weather.

31. As a proximate cause of Kansas City ARTCC's negligence, N55448 crashed, killing all on board, including Ronald D. Kracke, and as such, Ronald D. Kracke's wife Susan M. Kracke and his children Eric William Kracke and Alyson Susan Kracke have suffered the loss of his love and affection, loss of his services and support, incurred funeral and burial expenses, and will continue to suffer such damages in the future.

### COUNT II - NEGLIGENT PERFORMANCE OF AN UNDERTAKING

32. The Plaintiff reasserts, realleges and incorporates paragraphs one (1) through thirty-one (31) by reference herein.

33. Kansas City ARTCC, though the actions of its air traffic controllers, undertook or assumed a duty to render services concerning advice and guidance to N55448's pilot in circumnavigating a line of strong thunderstorms, and was, or should have been, aware that said advice and guidance was for the protection of passenger Ronald D. Kracke.

34. Kansas City ARTCC breached its assumed or undertaken duty of reasonable care through its air traffic controllers' careless and negligence actions, and/or inaction concerning N55448's known flight into the thunderstorm near Downing, Missouri.

35. As a proximate cause of Kansas City ARTCC's negligence, N55448 crashed, killing all on board, including Ronald D. Kracke, and as such, Ronald D. Kracke's wife Susan M. Kracke and his children Eric William Kracke and Alyson Susan Kracke have suffered the loss of his love and affection, loss of his

services and support, incurred funeral and burial expenses, and will continue to suffer such damages in the future.

WHEREFORE, Plaintiff prays for a judgment against Defendant in an amount which will fully and fairly compensate her for damages, for costs of this action, for interest as allowed by law, and for all other just and proper relief in the premises.

Respectfully submitted,

Attorney for Plaintiff,
SUSAN M. KRACKE, as
Personal Representative
of the ESTATE OF
RONALD D. KRACKE,
Deceased

D. Bruce Kehoe #5410-49
Christopher G. Stevenson #24689-49
Wilson, Kehoe & Winingham
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN 46206-1317
Phone: 317-920-6400
Facsimile: 317-920-6405

Joseph A. Bosco
LaRose & Bosco, Ltd.
200 North LaSalle Street
Suite 2810
Chicago, IL 60601
Phone: 312-642-4414
Facsimile: 312-642-0434

8