UNITED STATES DISTRICT COURTFOR THE SOUTHERN
DISTRICT OF INDIANA INDIANAPOLIS DIVISION

Case Number: *1:06-cv-1378-DFH-TAB*

| | |
|---|---|
| SUSAN KRACKE, as Personal Representative of the ESTATE OF RONALD KRACKE, Deceased,<br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　Defendant.<br>_____<br>KIMBERLY FOX, as Personal Representative of the ESTATE OF ARMAND MCCLINTOCK, Deceased,<br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SUSAN KRACKE, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RONALD KRACKE, DECEASED, STATEMENT OF SPECIAL DAMAGES AND DEMAND**

　　Comes now the plaintiff, Susan Kracke, Personal Representative of the Estate of Ronald Kracke, deceased, and hereby submits her Statement of Special Damages and Demand as follows:

### STATEMENT OF SPECIAL DAMAGES

　　On October 29, 2004, Dr. Ronald D. Kracke was a passenger in a Beech Bonanza, N55448, which was being piloted by William Shearer. Also a passenger on the plane was Armand McClintock. The three (3) men had been on a pheasant hunting trip in South Dakota, and were returning to Anderson Municipal-Darlington Field (AID) when they encountered severe weather over Missouri. The air traffic controller directed the plane into the path of a level 4/5 thunderstorm, causing the plane to crash in or near Downing, Missouri, killing all on board.

　　At the time of the accident, Dr. Donald D. Kracke was 54 years old, and was married to Susan Kracke. He was also the father of two children, Alyson S. Kracke, Age 18 and Eric W. Kracke, age 19.

.
## MEDICAL EXPENSES

As Dr. Kracke was killed on impact, there were no medical expenses incurred for any care and treatment. As of this date, there have been no medical expenses incurred for psychological counseling by his surviving spouse.

## FUNERAL AND BURIAL EXPENSES

The following expenses have been incurred for the funeral and burial of Dr. Kracke:

| | |
|---|---|
| Robert D. Loose Funeral Homes and Crematory: | $4,538.51 |
| Amick-Wearly Monuments | 3,632.89 |
| Grove Lawn Cemetery | 450.00 |
| Total | $8,621.40 |

## LOST WAGES / LOST HOUSEHOLD SERVICES

At the time of his death, Dr. Kracke was a practicing physician and earned $184,090.00 his last full year of employment. Dr. Kracke's average earnings from 2000-2004, expressed in 2004 dollars, is $188,109.00. Based upon an expected work life expectancy to age 65, plaintiff's retained economist Dr. Gerald Lynch has calculated a total lost income, after adjusting for fringe benefits and consumption, of $1,595,371.00 along with a total value of loss of household services of $51,322.00, resulting in a total loss of no less than $1,646,693.00.

## DEMAND

In light of the economic losses sustained and the loss of love and companionship suffered by Susan Kracke, Alyson S. Kracke and Eric W. Kracke, plaintiff demands $6,000,000.00 as full and final settlement of this claim.

Respectfully Submitted,

/s/ Joseph A. Bosco

Joseph A. Bosco
LaRose & Bosco, Ltd
200 North LaSalle, Suite 2810
Chicago, IL 60601
Phone: 312-642-4414
Fax:    312-642-0434
E-mail:  laroseandbosco@aol.com

D. Bruce Kehoe
Christopher G. Stevenson
Wilson, Kehoe & Winingham
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN  46206-1317
E-mail:  kehoe@wkw.com
E-mail:  cstevenson@wkw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of January, 2007 I caused the forgoing to be mailed via U.S. Mail, First Class, postage prepaid and that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Steven A. Kirsch, Esq.
U.S. Department of Justice P. O. Box 14271
Washington, D.C. 20044-4271
steven.kirsch@usdoj.gov

D. Bruce Kehoe
Christopher G. Stevenson
Wilson, Kehoe & Winingham
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN  46206-1317
kehoe@wkw.com
cstevenson@wkw.com


      Respectfully Submitted,


      /s/ Joseph A. Bosco


Joseph A. Bosco
LaRose & Bosco, Ltd
200 North LaSalle, Suite 2810
Chicago, IL 60601
Phone: 312-642-4414
Fax:    312-642-0434
E-mail: laroseandbosco@aol.com