UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Case Number: *1:06-cv-1378-DFH-TAB*

| | |
|---|---|
| SUSAN KRACKE, as Personal Representative of the ESTATE OF RONALD KRACKE, Deceased,<br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>       Defendant.<br><br>_____<br><br>KIMBERLY FOX, as Personal Representative of the ESTATE OF ARMAND MCCLINTOCK, Deceased,<br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

To:
Steven A. Kirsch, Esq.
U.S. Department of Justice P. O. Box 14271
Washington, D.C. 20044-4271
steven.kirsch@usdoj.gov

D. Bruce Kehoe
Christopher G. Stevenson
Wilson, Kehoe & Winingham
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN  46206-1317
kehoe@wkw.com
cstevenson@wkw.com

  PLEASE TAKE NOTICE that on  May 7,  2007, we filed and served on all parties the

following document:  Plaintiff Susan Kracke, individually and as personal representative of the Estate of Ronald Kracke, deceased, First Amended Complaint.

/s/ Joseph A. Bosco

Joseph A. Bosco
LaRose & Bosco, Ltd.
200 N. LaSalle, #2810
Chicago, IL 60601
312-642-4414
Fax:  312 642 0434
Email:  laroseandbosco@aol.com