UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CIVIL ACTION NO. 1:06-cv-01378-DFH-TAB

| | |
|---|---|
| SUSAN M. KRACKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| KIMBERLY FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| ELIZABETH H. SHEARER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S FINAL EXHIBIT LIST**

Defendant United States of America respectfully submits its list of exhibits which may be introduced as evidence during the trial of this matter:

1. FAA Air Traffic Accident Package (US 0001 - US 0111).

2. Administrative Claim filed by Kimberly L. Fox (US 0112 - US 0115).

3. Correspondence related to Administrative Claim (US 0116 - US 0118).

4. FAA Full Transcript, Minneapolis ARTCC, Sector 36, Oct. 29, 2004, 2347 UTC, to Oct. 30, 2004, 0027 UTC (US 0119 - US 0134).

5. FAA Full Transcript, Minneapolis ARTCC, Sector 27, Oct. 30, 2004, 0038 UTC to 0103 UTC (US 0135 - US 0144).

6. FAA Full Transcript, Kansas City ARTCC, St. Joseph Low Radar position, Oct. 30, 2004, 0050 UTC to 0114 UTC (US 0145 - US 0152).

7. FAA Full Transcript, Kansas City ARTCC, Kirksville Low Radar position, Oct. 30, 2004, 0104 UTC to 0146 UTC (US 0153 - US 0169).

8. FAA Full Transcript, Kansas City ARTCC, Quincy Low Radar position, Oct. 30, 2004, 0122 UTC to 0206 UTC (US 0170 - US 0182).

9. FAA Airman Medical Records: William Shearer (US 0183 - US 0251).

10. FAA Airman Certification Records: William Shearer (US 0252 - US 0266).

11. FAA Airworthiness Records: N55448 (US 0267 - US 0318).

12. FAA Registration Records: N55448 (US 0319 - US 0344).

13. N-Number Inquiry: N55448 (US 0345 - US 0347).

14. NTSB Preliminary Reports (US 0348 - US 0356).

15. NTSB Factual Report (US 0357 - US 0409).

16. NTSB Brief of Accident (US 0410).

17. FAA Radar data from Kansas City ARTCC concerning the flight of N55448.

18. Weather data for the date of the accident.

19. Maintenance records for N55448.

20. Aircraft logbooks for N55448.

21. Pilot's Operating Handbook and Flight Manual for Beechcraft Bonanza A36.

22. Autopsy Reports for Armand McClintock, Ronald Kracke and William Shearer.

23. Certificates of Death for Armand McClintock, Ronald Kracke and William Shearer.

24. Sectional charts for South Dakota, Iowa, and Missouri.

25. Photographs of N55448 and its instrument panel and/or exemplar.

26. Audio and transcripts of all FAA communications with N55448.

27. FAA Order 7110.65 (US 0869 - US 1524).

28. FAA Order 7210.3 (US 0411 - US 0868).

29. Any and all reports, notes, diagrams, photographs, videotapes, etc., prepared and/or taken by any individual, unit, agency, etc. who was present at the scene of this incident.

30. Photographs and videotapes of the scene of this incident.

31. Aerial photographs of the scene of this incident.

32. Models, diagrams, drawings, etc., of the scene of this incident.

33. Models, diagrams, drawings, etc., of this weather conditions at the time of this incident.

34. Any and all pleadings and documents filed in this matter.

35. Any and all interrogatories, requests for production, and requests for admission filed in this matter.

36. Any and all answers, responses, and documents produced in response to said interrogatories, requests for production, and requests for admission filed in this matter.

37. Any and all depositions taken in this matter.

38. The report, file, and CV of any expert identified for any party in this matter, including, but not limited to, any and all documents, reports, diagrams, etc., relied upon or reviewed by said expert in rendering their opinions.

39. Any statement given by an individual pertaining to this incident.

40. Any and all demonstrative exhibits necessary.

41. An enlargement or highlight of any exhibit.

42. Any and all exhibits listed on any exhibit list filed by any party in this matter.

43. Any and all exhibits necessary for rebuttal or impeachment purposes.

44. Any document identified by any party in this matter.

45. Any document identified or produced in response to any discovery request submitted in this matter.

46. Any document identified in any deposition taken in this matter.

47. Aeronautical Information Manual (US 1525 - US 2162).

48. Any and all pleadings, documents produced, discovery requests, interrogatories, requests for admissions and depositions from any other lawsuit arising out of the crash of N55448.

49. Photos and videos taken by Plaintiffs at Kansas City ARTCC in Olathe, Kansas.

50. Photograph taken of Ronald Kracke, Armand McClintock, Bill Shearer, Spencer Davis and Mike Jackson on hunting trip.

51. Newspaper articles concerning accident and/or decedents.

52. Pilot logbook for William Shearer (if it can be located).

53. NTAP and DART data from flight of N55448.

54. Weather progress charts for South Dakota, Iowa, and Missouri.

56. SATORIs concerning flight of N55448.

57. Photographs taken at wreckage inspections conducted on February 7, 2007 and July 31, 2007.

58. Medical records of decedents obtained in discovery.

59. Documents utilized to administer decedents' estates.

60. Documents filed with probate court concerning decedents' estates.

61. Full Release signed by Susan Kracke on or about September 20, 2005 concerning her claims against the Estate of William Shearer, Elizabeth Shearer and others arising from the airplane crash of N55448 on October 29, 2004 in Missouri.

62. NEXRAD images of weather along or in vicinity of flight path of N55448.

63. FAA computer based instructional CD related to WARP produced by the United States in response to Plaintiff Fox's Request for Production.

64. Defendant's expert witness reports, including CVs, that will be produced in this matter.

65. Training and Proficiency Records of air traffic controllers (US 2163 - US 2581).

66. Kansas City ARTCC Sector Binders (US 2582 - US 3174).

67. Kansas City ARTCC hours worked records (US 3178 - US 3189).

68. Kansas City ARTCC Facility Evaluation documents (US 3190 - US 3217).

69. Kansas City ARTCC Facility Orders (US 3218 - US 3262).

70. FAA Partial Transcript, Huron AFSS, Flight Data, Oct. 30, 2004, 2250 UTC to 2252 UTC (US 3264 - US 3267).

71. Kansas City ARTCC Low Altitude Plotting Chart (US 3268).

72. National Weather Svc. Instruction 10-803 (US 3269 - US 3294).

73. Kansas City CWSU Station Duty Manual (US 3295 - US 3370).

74. Bonanza A36 Pilot's Operating Handbook (US 3371 - US 3914).

75. Any documents produced by Plaintiffs in discovery in this matter.

76. Minneapolis ARTCC Personnel Statements (US 3915 - US 3921).

77. Kansas City ARTCC Facility Order 3120.4J (US 3922 - US 4021).

78. FAA Full Transcript, Minneapolis ARTCC, Sector 33, Oct. 29, 2004, 2246 UTC to 2312 UTC (US 4022 - US 4033).

79. ASRS Brief Report (US 4034 - US 4037).

80. FAA Full Transcript, Sioux City ATCT, Approach Control, Oct. 29, 2004, 2333 UTC to 2357 UTC (US 4038 - US 4042).

81. FAA Full Transcript, Des Moines ATCT, Approach Control, Oct. 30, 2004, 0017 to 0048 UTC (US 4043 - US 4057).

82. Kansas City CWSU Daily Record of Facility Operation (US 4930 - US 4931).

83. Kansas City CWSU Center Weather Advisories (US 4932 - US 4934).

84. Pilot Reports (US 4935 - US 4943).

85. Kansas City CWSU Meteorological Impact Statements (US 4944 - US 4946).

86. FAA Order 7210.38A, Center Weather Svc. Unit (US 4947 - US 4979).

87. WARP Briefing Items (US 4980 - US 4982).

88. FAA Full Transcript, Minneapolis ARTCC, Sector 36, Oct. 29, 2004, 2301 UTC to 2344 UTC (US 4983 - US 4993).

89. Pilot's Guide for the Stormscope Model WX-1000 (US 4994 - US 5054).

90. WARP Operations and Program Manual (US 5055 - US 5553).

91. FAA Advisory Circular 00-24B, Thunderstorms (US 5554 - US 5560).

92. Stormscope FAQs (US 5561).

93. NOAA/NWS Jetstream Publication, "How Lightning Is Created." (US 5562 - US 5563).

94. FAA Full Transcript, Minneapolis ARTCC, Sector 36, Oct. 29, 2004, 2301 UTC to 2344 UTC (US 5564 - US 5574).

95. FAA Full Transcript, Minneapolis ARTCC, Sector 36, Oct. 29, 2004, 2347 UTC to Oct. 30, 2004, 0027 UTC (US 5575 - US 5590).

96. Deposition Exhibits 4, 5, 6, 7, 8, 11, 12, 14, 15, 18, 23, 35, 36, 37, 38, 39, 41, 42, 43, 51, 56, 59, 60, 61, 70, 71, 75 - 105.

97. Any depositions exhibits marked subsequent to the filing of this list.

98. Settlement Agreement between Plaintiff Fox and Estate of William Shearer, et al., dated April 5, 2007.

99. Administrative claims of Plaintiffs Susan Kracke and Elizabeth Shearer and attachments to those administrative claims.

100. All CDs and DVDs produced by the United States in discovery in this matter.

101. Items from the wreckage of N55448 that were preserved for trial.

102. Defendant reserves the right to supplement this list as discovery continues.

103. Federal Aviation Regulations applicable to the accident flight, pilot Shearer and N55448.

104. FAA Instrument Rating Practical Test Standards.

Dated:   August 13, 2007
    Washington, D.C.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                  /s/ Steven A. Kirsch
                STEVEN A. KIRSCH
                Trial Attorney
                Torts Branch, Civil Division
                U.S. Department of Justice
                Post Office Box 14271
                Washington, DC  20044-4271
                Telephone: (202) 616-4048
                Facsimile:  (202) 616-4159
                steven.kirsch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY, that on this 13th day of August, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to:

| | |
|---|---|
| D. Bruce Kehoe, Esq.<br>Christopher Stevenson, Esq.<br>Wilson Kehoe & Winingham<br>P.O. Box 1317<br>Indianapolis, IN 46206<br>kehoe@wkw.com<br>cstevenson@wkw.com | Fred C. Begy, III<br>Chuhak & Tecson, P.C.<br>Suite 2600<br>30 South Wacker Drive<br>Chicago, IL 60606<br>fbegy@chuhak.com |
| Joseph A. Bosco, Esq.<br>LaRose & Bosco, Ltd.<br>200 N. LaSalle St., Ste. 2810<br>Chicago, IL 60601<br>laroseandbosco@aol.com | Mark Dudley<br>Howard, DeLey & Dudley<br>Suite 1<br>403 Historic West Eighth Street<br>Anderson, IN 46016<br>mdudley@insightbb.com |

       /s/ Steven A. Kirsch
STEVEN A. KIRSCH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Telephone: (202) 616-4048
Facsimile:  (202) 616-4159
steven.kirsch@usdoj.gov