UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CIVIL ACTION NO. 1:06-cv-01378-DFH-TAB

| | |
|---|---|
| SUSAN M. KRACKE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs Susan Kracke, Alyson Kracke, Eric Kracke, Kimberly Fox and Elizabeth Shearer, in each and every capacity in which they have appeared in this consolidated action, and Defendant United States of America, by their undersigned counsel, and jointly stipulate, in accordance with Fed. R. Civ. P. 41(a), to dismissal of this entire action with prejudice with each party to bear its own costs.

Dated:       January 28, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

 /s/ Steven A. Kirsch
STEVEN A. KIRSCH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Telephone: (202) 616-4048
Facsimile:  (202) 616-4159
steven.kirsch@usdoj.gov

Attorneys for Defendant United States of America


 /s/ Christopher G. Stevenson
D. Bruce Kehoe
Attorney # 5410-49
Christopher G. Stevenson
Attorney # 24689-49
WILSON KEHOE & WININGHAM
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN 46206-1317
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail cstevenson@wkw.com

Attorneys for Plaintiffs Kimberly Fox, Susan Kracke, Alyson Kracke and Eric Kracke

/s/ Joseph A. Bosco
Joseph A. Bosco
LAROSE & BOSCO, LTD.
200 N. LaSalle St., Ste. 2810
Chicago, IL 60601
Tel (312) 642-4414
Fax (312) 642-0434
laroseandbosco@aol.com

Attorneys for Plaintiffs Susan Kracke, Alyson Kracke and Eric Kracke

/s/ Fred C. Begy, III
Fred C. Begy, III
CHUHAK & TECSON, P.C.
Suite 2600
30 South Wacker Drive
Chicago, IL 60606
Tel (312) 855-5442
Fax (312) 444-9027
fbegy@chuhak.com

Attorneys for Plaintiff Elizabeth Shearer

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 28th day of January 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to:

Steven A. Kirsch, Esq.
U.S. Dep't of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washigton, DC 20044
steven.kirsch@usdoj.gov

Joseph A. Bosco, Esq.
LaRose & Bosco, Ltd.
200 N. LaSalle St., Ste. 2810
Chicago, IL 60601
laroseandbosco@aol.com

Fred C. Begy, III
Chuhak & Tecson, P.C.
Suite 2600
30 South Wacker Drive
Chicago, IL 60606
fbegy@chuhak.com

Mark Dudley
Howard, DeLey & Dudley
Suite 1
403 Historic West Eighth Street
Anderson, IN 46016
mdudley@insightbb.com

 /s/ Christopher G. Stevenson
Christopher G. Stevenson
Attorney # 24689-49
WILSON KEHOE & WININGHAM
2859 North Meridian Street
P.O. Box 1317
Indianapolis, IN 46206-1317
Tel (317) 920-6400
Fax (317) 920-6405
E-mail kehoe@wkw.com
E-mail cstevenson@wkw.com